AO 442

**NOT FOR PUBLIC VIEW**

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

**SEALED**

*unsealed 6/19/08 ajk*

UNITED STATES OF AMERICA

V.

Luis Alvarez (3)
aka Louie

**WARRANT FOR ARREST**

To:    The United States Marshal
and any Authorized United States Officer

**CASE NUMBER:**    08cr2018 BTM

YOU ARE HEREBY COMMANDED to arrest _____ Luis Alvarez (3) aka Louie _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)                                      [ ] Pretrial Violation

21:846 and 841(a)(1) - Conspiracy to Distribute Methamphetamine; 21:841(a)(1) - Possession of Methamphetamine with Intent to Distribute; 18:2 - Aiding and Abetting

In violation of Title _____ See Above _____ United States Code, Section(s) _____

**RECEIVED 2008 JUN 18 A 11: 15 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA**

W. Samuel Hamrick, Jr.
Name of Issuing Officer   **SEAL**

A. Everill
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

June 17, 2008 San Diego, CA
Date and Location

Bail fixed at $ _____   by _____ The Honorable Nita L. Stormes _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

