*Unsealed 6/19/08 mjc*

SEALED

'08 CR 2018BTM

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| MARCO ANTONIO CORRADO, ET AL., aka Marcos | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Gustavo Rivera-Martinez, et al., Criminal Case No. 02CR0878-L.

DATED: June 17, 2008.

KAREN P. HEWITT
United States Attorney

MICHAEL J. CROWLEY
Assistant U.S. Attorney