| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | MICHAEL J. CROWLEY |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 168753 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5733 /(619) 557-3445 |
| | Email: michael.crowley2@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr2018-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF APPEARANCE |
| RUBEN SANTOS, | ) | |
| MARCO CORRADO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| Michael J. Crowley | 168753 | 619-557-5733 | michael.crowley2@usdoj.gov |

1
2
3    Effective this date, the following attorneys are no longer associated with this case and should
4    not receive any further Notices of Electronic Filings relating to activity in this case:
5

| Name | CBN | Tele. No. | Email Address |
|------|-----|-----------|---------------|
| N/A  |     |           |               |

6
7
8    DATED: July 17, 2008
                                        Respectfully submitted,
9
                                        KAREN P. HEWITT
10                                      United States Attorney

11
                                        s/ Michael J. Crowley
12                                      MICHAEL J. CROWLEY
                                        Assistant United States Attorney
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27   Notice of Appearance
     United States v. Ruben Santos,
28          Marco Corrado                                                08cr2018-L

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr2018-L |
| Plaintiff, | ) | |
| v. | ) | |
| RUBEN SANTOS, | ) | CERTIFICATE OF SERVICE |
| MARCO CORRADO, | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Michael J. Crowley, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Victor Manuel Torres, Esq.

Robert L. Swain, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2008.

s/Michael J. Crowley
MICHAEL J. CROWLEY
Assistant U.S. Attorney

Notice of Appearance
United States v. Ruben Santos,
         Marco Corrado                                                          08cr2018-L