Attorney Name and Address:

Brian J. White
Attorney at Law
4320 Iowa Street
San Diego, CA 92101

PHONE: (619) 280-8022

_____ RETAINED   **x**   APPOINTED

FILED

2012 JUL 18  PM 3: 55

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ var _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE M. JAMES LORENZ

COURT REPORTER MELISSA PIERSON

UNITED STATES OF AMERICA

vs.

LUIS ALVAREZ

CASE NO. 08CR02018-L

NOTICE OF APPEAL        (Criminal)

Notice is hereby given that _____ LUIS ALVAREZ _____, defendant/plaintiff above named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:        (check one)
(✓) Final Judgment
(  ) Sentence Only (sentence imposed) _____
(  ) Order (describe) _____
entered in this proceeding on the    16th    day of    JULY    , 2012
If a government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. §3742(b)(4)   _____ Yes   _____ No

Date: JULY 17, 2012

Signature

Transcripts required*   _____ Yes   _____ No

Date  (✓) Indictment   (  ) Information Filed:    JUNE 17, 2008
Bail status IN CUSTODY
Will there be a request to expedite the appeal?   _____ Yes   **x** No
(Note: This does not alleviate the requirement of filing a motion to expedite which must be done in accordance with FRAP 27).

---

* If transcript(s) required, a transcript designation and ordering form must be completed and the court reporter(s) contacted to make arrangements for transcription.

K:\COMMON\CSA\forms\2005\appeal_crim.wpd Nov 16, 2009